IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN EVAN RETTENMAIR,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:07-CR-788 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant the Motion.

I. BACKGROUND

Defendant was charged in a two-count Indictment with being a felon in possession of a firearm and possession of stolen firearms. Defendant pleaded guilty to possession of stolen firearms on February 19, 2008. On May 5, 2008, Defendant was sentenced to a term of imprisonment of 74 months to be followed by a 36 month term of supervised release.

Defendant began his supervision on January 25, 2013. In his Motion, Defendant represents that he has complied with the terms of his supervised release, has maintained gainful employment, and has remained law-abiding and substance free during his term of supervision. Consultation with Defendant's supervising officer confirms these representations. The government has telephonically indicated that it has no objection to Defendant's Motion.

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 26) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED this 9th day of February, 2015.

BY THE COURT:

Ted Stewart
United States District Judge